1022

[No. 66359-3-I. Division One. July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT LATOURETTE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-01138-4, Sharon S. Armstrong, J., entered November 15, 2010. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Spearman, JJ.

[No. 66495-6-I. Division One. July 23, 2012.]

MALBEC, INC., *Respondent*, v. M&D III, INC., ET AL., *Respondents*, YOUNG S. OH & ASSOCIATES, PS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-27712-9, John P. Erlick, J., entered December 17, 2009. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ.

[No. 66526-0-I. Division One. July 23, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID RAY BRYNER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-00907-4, Bruce E. Heller, J., entered January 10, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Becker and Spearman, JJ.

[No. 66567-7-I. Division One. July 23, 2012.]

*In the Matter of the Trustee's Sale of Real Property of* MARGARET ANN BOSSIE.

Appeal from a judgment of the Superior Court for King County, No. 10-2-38733-1, Michael Heavey, J., entered January 18, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Ellington and Lau, JJ.